```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                              10/14/2022

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:     KL        DEPUTY
```

# CERTIFICATE OF SERVICE

| Case Name: | **Gardner, Rondel, Delbert v. Gavin Newsom, et al.** | No. | **2:21-cv-01682-VBF-AGR** |
|---|---|---|---|

I hereby certify that on <u>October 14, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ENCLOSURE LETTER WITH ORDER RE: NOTICE OF PLAINTIFF'S DEATH FROM 06/27/2022**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>October 14, 2022</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Marcy Warner
Washington Correction Center for Women
9601 Bujacich Rd. NW
Gig Harbor, WA 98332-8300
*Next of Kin for Plaintiff Delbert Rondel Gardner*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 14, 2022</u>, at Los Angeles, California.

| J. Murray | /s/ J. Murray |
|---|---|
| Declarant | Signature |

LA2020603947
65498902.docx